IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN LOUIS ROWELL,

    Petitioner,               No. CIV S-09-776 KJN P

    vs.

KEN CLARK,

    Respondent.          ORDER
_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254,[1] conforming to the directive of this court's order filed August 27, 2009, that petitioner file an amended petition containing only exhausted claims.

        Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's amended habeas

---

[1] The court notes that petitioner's amended petition filed September 8, 2009, like his original petition, is set forth on a form used by the United States District Court for the Northern District of California, which transferred this case to this court on March 20, 2009. Since the form used in this court requests identical information, petitioner's submission of a Northern District form is a nonsubstantive error that the court finds immaterial. Cf., Corjasso v. Ayers, 278 F.3d 874, 878 (9th Cir. 2002) (petitioner's use of cover sheet from another district court a mere technical error). However, petitioner should, in the future, use forms specific to the Eastern District.

1

petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to petitioner's amended habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the amended petition. See Rule 5, Fed. R. Governing § 2254 Cases;

2. If the response to the amended petition is an answer, petitioner's reply, if any, shall be filed and served within twenty-eight days after service of the answer;

3. If the response to the amended petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within twenty-eight days after service of the motion, and respondents' reply, if any, shall be filed and served within fourteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order, the consent/ reassignment form contemplated by Appendix A(k) to the Local Rules of this court, and a copy of the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: February 17, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rowe0776.100